IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RESMAE MORTGAGE CORPORATION, a Delaware corporation, | Case No.: 07-10177 (KJC) |
| Debtor. | **Re: Docket No. 491, 509** |

## APPELANTS' DESIGNATION OF THE RECORD AND ISSUES ON APPEAL

Merrill Lynch Bank USA ("**MLBUSA**"), Merrill Lynch Mortgage Lending, Inc. ("**MLML**") and Merrill Lynch Funding Corporation ("**MLFC**," and together with MLBUSA and MLML, "**Merrill Lynch**"), having filed a timely Notice of Appeal on June 14, 2007 [Doc No. 509], hereby designate (in Section I below) the items to be included in the record on appeal and submit (in Section II below) a statement of issues to be presented on appeal, in connection with their appeal from the from (1) the *Findings of Fact, Conclusions of Law and Order Under 11 U.S.C. § 1129(a) and (b) and Fed. R. Bank. P. 3020 Confirming the Second Amended Plan of Reorganization of the Debtor Proposed by the Debtor and Sponsored by RMC Mortgage Holdings LLC*, dated June 5, 2007, Docket Number 491 (the "**Confirmation Order**") and (2) the ruling and decision delivered from the bench by the Bankruptcy Court on the record on June 5, 2007 (the "**Bench Ruling**"), pursuant to which the Bankruptcy Court, among other things, overruled the unresolved objections of Merrill Lynch to confirmation of the Second Amended Plan of Reorganization of the Debtor Proposed by the Debtor and Sponsored by RMC Mortgage Holdings LLC, dated as of April 27, 2007 [Docket No. 327] (the "**Plan**"), which unresolved objections pertained to, inter alia, certain releases granted by the Plan to third parties and the

disallowance of interest with respect to any disputed claim reserve under the Plan.

I.   **Record on Appeal**

| Date | Docket Number | Docket Text |
|---|---|---|
| 02/26/2007 | 86 | Emergency Motion to Authorize Debtor's Emergency Motion for Order Under Bankruptcy Code Sections 363(b), 503(c)(3) and 105 Authorizing Payment of Sale-Related Incentive Pay to Senior Management Filed by ResMAE Mortgage Corporation. Hearing scheduled for 3/5/2007 at 03:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 3/5/2007. (Attachments: # 1 Notice of Motion and Hearing# 2 Exhibit A# 3 Exhibit B# 4 Proposed Form of Order) (Kurtz, Mark) (Entered: 02/26/2007) |
| 02/26/2007 | 88 | Motion to File Under Seal-Motion of Debtor and Debtor in Possession for an Order Authorizing the Debtor to File Under Seal Exhibit B to the Debtor's Emergency Motion for Order Under Bankruptcy Code Sections 363(b), 503(c)(3) and 105 Authorizing Payment of Sale-Related Incentive Pay to Senior Management Filed by ResMAE Mortgage Corporation. Hearing scheduled for 3/5/2007 at 03:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 3/5/2007. (Attachments: # 1 Notice of Motion# 2 Exhibit A) (Kurtz, Mark) (Entered: 02/26/2007) |
| 02/26/2007 | 90 | Affidavit /Declaration of Edward Resendez in Support of Emergency Motion for an Order Under Bankruptcy Code Sections 363(b), 503(c)(3) and 105 Authorizing Payment of Sale-Related Incentive Pay to Senior Management (related document(s)86 ) Filed by ResMAE Mortgage Corporation. (Kurtz, Mark) (Entered: 02/26/2007) |
| 03/01/2007 | 138 | Notice of Withdrawal *of Motion of Debtor and Debtor in Possession for an Order Authorizing the Debtor to File Under Seal Exhibit B to the Debtor's Emergency Motion for Order Under Bankruptcy Code Sections 363(b), 503(c)(3) and 105 Authorizing Payment of Sale-Related Incentive Pay to Senior Management* (related document(s)88 ) Filed by |

| | | |
|---|---|---|
| | | ResMAE Mortgage Corporation. (Kurtz, Mark) (Entered: 03/01/2007) |
| 03/02/2007 | 142 | Response *to the Debtors Emergency Motion to Authorize Debtor's Emergency Motion for Order under Bankruptcy Code Sections 363(b), 503(c)(3) and 105 Authorizing Payment of Sale-related Incentive Pay to Senior Management* (related document(s)86 ) Filed by United States Trustee (Attachments: # 1 Certificate of Service) (Schepacarter, Richard) (Entered: 03/02/2007) |
| 03/06/2007 | 152 | Certification of Counsel *In Support Of Entry Of Order And Findings Of Fact And Conclusions Of Law (I) Authorizing On A Final Basis The Sale Of Assets And Assumption And Assignment Of Executory Contracts And Leases To RMC Asset Acquisition LLC Free And Clear Of All Liens, Claims, Encumbrances And Interests, And (II) Authorizing On An Interim Basis The Debtor To Enter Into Loan Purchase Documents With Lehman Brothers Bank, FSB And Its Affiliates* Filed by Citadel Investment Group, LLC. (Attachments: # 1 Exhibit A to Certification - Proposed Form of Order# 2 Exhibit A to Proposed Form of Order (part 1)# 3 Exhibit A to Proposed Form of Order (part 2)# 4 Exhibit A to Proposed Form of Order (part 3)# 5 Exhibit B to Proposed Form of Order# 6 Exhibit C to Proposed Form of Order) (Hurst, David) (Entered: 03/06/2007) |
| 03/06/2007 | 159 | Order and FINDINGS OF FACT AND CONCLUSIONS OF LAW (I) Authorizing On A Final Basis The Sale Of Assets And Assumption And Assignment Of Executory Contracts And Leases To RMC Asset Acquisition LLC Free And Clear Of All Liens, Claims, Encumbrances And Interests, And (II) Authorizing On An Interim Basis The Debtor To Enter Into Loan Purchase Documents With Lehman Brothers Bank, FSB And Its Affiliates. (related document(s)152 ) Order Signed on 3/6/2007. (Attachments: # 1 Exhibit A - Part 1# 2 Exhibit A - Part 2# 3 Exhibit B# 4 Exhibit C) (LCN, ) (Entered: 03/06/2007) |
| 03/20/2007 | 204 | Transcript of Hearing held on March 5, 2007 before the Honorable Kevin J. Carey. (related document(s)131, 145 ) |

| | | |
|---|---|---|
| | | (BJM) (Entered: 03/20/2007) |
| 03/21/2007 | 213 | Supplemental Declaration in Support *of Debtor's Emergency Motion for Order Under Bankruptcy Code Sections 363(b), 503(c)(3) and 105 Authorizing Payment of Sale-Related Incentive Pay to Senior Management* (related document(s)86 ) Filed by ResMAE Mortgage Corporation. (Kurtz, Mark) (Entered: 03/21/2007) |
| 03/22/2007 | 220 | Order Granting Debtoor's Emergency Motion for Order Authorizing Payment of Sale-Related Incentive Pay to Senior Management. (Related Doc # 86) Order Signed on 3/22/2007. (Attachments: # 1 Exhibit A) (LCN, ) (Entered: 03/22/2007) |
| 03/30/2007 | 251 | Chapter 11 Plan of Reorganization *of the Debtor Proposed by the Debtor and Sponsored by RMC Mortgages Holdings LLC Dated March 30, 2007* Filed by ResMAE Mortgage Corporation (Kurtz, Mark) (Entered: 03/30/2007) |
| 03/30/2007 | 252 | Disclosure Statement *with Respect to Plan of Reorganization of the Debtor Proposed by the Debtor and Sponsored by RMC Mortgages Holdings LLC Dated March 30, 2007* (related document(s)251 ) Filed by ResMAE Mortgage Corporation (Kurtz, Mark) (Entered: 03/30/2007) |
| 04/04/2007 | 255 | Transcript of Hearing held on March 22, 2007 before the Honorable Kevin J. Carey. (related document(s)205, 210 ) (BJM) (Entered: 04/04/2007) |
| 04/27/2007 | 342 | Order Approving First Amended Disclosure Statement With Respect To Amended Plan of Reorganization of The Debtor And Sponsored By RMC Mortgage Holdings LLC Dated April 27,2007 (related document(s)252 ) Order Signed on 4/27/2007. (JSJ, ) (Entered: 04/27/2007) |
| 05/01/2007 | 347 | Amended Chapter 11 Plan *of Reorganization of the Debtor Proposed by the Debtor and Sponsored by RMC Mortgage Holdings LLC Dated April 27, 2007* (related document(s)327, 328 ) Filed by ResMAE Mortgage Corporation (Kurtz, Mark) (Entered: 05/01/2007) |
| 05/01/2007 | 348 | First Amended Disclosure Statement *With Respect to Amended Plan of Reorganization of the Debtor Proposed by the Debtor and Sponsored by RMC Mortgage Holdings LLC* |

| | | |
|---|---|---|
| | | *Dated April 27, 2007 (as approved by Docket No. 342)* (related document(s)347, 328, 342 ) Filed by ResMAE Mortgage Corporation (Attachments: # 1 Appendix A# 2 Appendix B# 3 Appendix C) (Kurtz, Mark) (Entered: 05/01/2007) |
| 05/21/2007 | 415 | Plan Supplement (related document(s)327 ) Filed by ResMAE Mortgage Corporation (Attachments: # 1 Exhibit 1# 2 Exhibit 1 Part A# 3 Exhibit 1 Part B# 4 Exhibit 1 Part C# 5 Exhibit 1 Part D# 6 Exhibit 2# 7 Exhibit 3# 8 Exhibit 4# 9 Exhibit 5# 10 Exhibit 6# 11 Exhibit 7# 12 Exhibit 8# 13 Exhibit 9) (Kurtz, Mark) (Entered: 05/21/2007) |
| 05/29/2007 | 442 | Limited Objection to Confirmation of Amended Plan *of Reorganization Proposed by the Debtor and Sponsored by RMC Mortgage Holdings LLC* (related document(s)327 ) Filed by Merrill Lynch Bank USA, Merrill Lynch Mortgage Lending, Inc. and Merrill Lynch Funding Corporation (Attachments: # 1 Certificate of Service # 2 Service List) (Driscoll, Thomas) (Entered: 05/29/2007) ("**Limited Objection**") |
| N/A | N/A | Transcript: In re Exide Technologies, Case No. 02-11125 (Bankr. D. Del. Dec. 30, 2003)(KJC), [Docket No. 3401]. Cited on page 14 of the Limited Objection at Docket No. 442 hereof. |
| 05/29/2007 | 443 | Objection to *and Joinder of LaSalle Bank National Association in Limited Objection of Merrill Lynch to Amend Plan of Reorganization Proposed by the Debtor and Sponsored by RMC Mortgage Holdings LLC* (related document(s)327, 340 ) Filed by LASALLE BANK NATIONAL ASSOCIATION (Attachments: # 1 Certificate of Service) (Stratton, David) (Entered: 05/29/2007) |
| 05/31/2007 | 455 | Omnibus Response -*Plan Proponents' Omnibus Response to Objections to Confirmation of Amended Plan of Reorganization of The Debtor Proposed by the Debtor and Sponsored by RMC Mortgage Holdings LLC Dated April 27, 2007* Filed by ResMAE Mortgage Corporation (related document(s)327, 443, 442). (Kurtz, Mark) (Entered: 05/31/2007) ("**Omnibus Response**") |

202970-10197

5

| | | |
|---|---|---|
| N/A | N/A | Transcript: In re Freedom Rings, LLC, Case No. 05-14268 (Bankr. D. Del. Apr. 20, 2006) [Docket No. 385]. Cited at p. 9 of the Omnibus Response at Docket No. 455 hereof. |
| N/A | N/A | Transcript: In re Metalforming Technologies, Inc., Case No. 05-11697 (Bankr. D. Del. Apr. 1, 2006) [Docket No. 838]. Cited at p. 8 of the Omnibus Response at Docket No. 455 hereof. |
| 05/31/2007 | 456 | Response to *Limited Objection to Amended Plan of Reorganization Proposed by the Debtor and Sponsored by RMC Mortgage Holdings LLC* (related document(s)442 ) Filed by Official Committee of Unsecured Creditors (Cobb, Richard) (Entered: 05/31/2007) |
| 05/31/2007 | 463 | Affidavit *of Steven J. Glouberman in Support of Plan of Reorganization of the Debtor Proposed by the Debtor and Sponsored by RMC Mortgage Holdings LLC Dated April 27, 2007* (related document(s)347 ) Filed by ResMAE Mortgage Corporation. (Kaufman, Lee) (Entered: 05/31/2007) |
| 05/31/2007 | 464 | Declaration in Support *Declaration of Eugene S. Weil in Support of Confirmation of the Plan of Reorganization* (related document(s)347 ) Filed by ResMAE Mortgage Corporation. (Kurtz, Mark) (Entered: 05/31/2007) |
| 06/05/2007 | 489 | Modified Chapter 11 Plan -*Notice of Non-Material Modification to the Amended Plan of Reorganization of the Debtor Proposed by the Debtor and Sponsored by RMC Mortgages Holdings LLC Dated April 27, 2007 [Re: Docket No. 327]* Filed by ResMAE Mortgage Corporation (Attachments: # 1 Exhibit 1) (Kurtz, Mark) (Entered: 06/05/2007) |
| 06/05/2007 | 491 | Findings Of Fact, Conclusions Of Law, And Order Confirming The Second Amended Plan Of Reorganization Of The Debtor Proposed By The Debtor And Sponsored By RMC Mortgage Holdings LLC, Dated June 5, 2007. Signed In Court on 6/5/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (JWS, ) (Entered: 06/05/2007) |

| | | |
|---|---|---|
| 06/14/2007 | 509 | Notice of Appeal *re: the Findings Of Fact, Conclusions Of Law, And Order Confirming The Second Amended Plan Of Reorganization Of The Debtor Proposed By The Debtor And Sponsored By RMC Mortgage Holdings LLC*. Fee Amount $255. (related document(s)491 ) Filed by Merrill Lynch Bank USA, Merrill Lynch Mortgage Lending, Inc. and Merrill Lynch Funding Corporation. Appellant Designation due by 6/25/2007.(BAP-07-69) (Driscoll, Thomas) Modified text on 6/20/2007 to add appeal number (TAS, ). (Entered: 06/14/2007) |
| 06/15/2007 | 510 | Receipt of filing fee for Notice of Appeal (Ap)(07-10177-KJC) [appeal,ntcapl] ( 255.00). Receipt Number 2962619, amount $ 255.00. (U.S. Treasury) (Entered: 06/15/2007) |
| 06/15/2007 | 512 | Notice of Service *re Notice of Appeal re: the Findings Of Fact, Conclusions Of Law, And Order Confirming The Second Amended Plan Of Reorganization Of The Debtor Proposed By The Debtor And Sponsored By RMC Mortgage Holdings LLC* (related document(s)509 ) Filed by Merrill Lynch Bank USA, Merrill Lynch Mortgage Lending, Inc. and Merrill Lynch Funding Corporation. (Attachments: # 1 Service List) (Driscoll, Thomas) (Entered: 06/15/2007) |
| 06/20/2007 | 522 | Transcript Of Confirmation Hearing Before The Honorable Kevin J. Carey, Held on June 5, 2007. (related document(s)465, 495 ) (JWS, ) (Entered: 06/20/2007) |
| N/A | N/A | Proof of Claim of Merrill Lynch Bank USA, filed on April 27, 2007. Claim number 187. |
| N/A | N/A | Proof of Claim of Merrill Lynch Mortgage Lending, Inc., filed on April 27, 2007. Claim number 151. |
| N/A | N/A | Proof of Claim of Merrill Lynch Funding Corporation, filed on April 27, 2007. Claim number 152. |

## II. Statement of Issues to be Presented on Appeal

1.  Did the Bankruptcy Court err as a matter of law, or rely upon erroneous findings of fact, in approving the third-party releases, injunctions and exculpations (collectively, the "**Third-Party Releases**") granted to management under the Plan?

2.  Did the record support the Bankruptcy Court's Bench Ruling, in which the Bankruptcy Court overruled Merrill Lynch's objection with respect to the Third Party Releases?

3.  Does the Plan violate 11 U.S.C. § 1123(a)(4), which requires that creditors in the same class must be afforded the same treatment under a plan, or otherwise violate applicable law, because the Plan fails to (a) pay appropriate interest to claimants whose disputed claims are ultimately allowed in the bankruptcy case ("**Successful Disputed Claimants**") or (b) provide for interest to accrue on the disputed claim reserve solely for the benefit of Successful Disputed Claimants?

4.  Did the Bankruptcy Court err as a matter of law in overruling Merrill Lynch's objection to confirmation of the Plan based upon the Plan's failure to provide for payment of interest from the disputed claim reserve solely for the benefit of Successful Disputed Claimants, in derogation of 11 U.S.C. §1123(a)(4), or otherwise in violation of applicable law?

Dated: June 25, 2007

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Thomas F. Driscoll III*
          _____
          Robert J. Dehney (No. 3578)
          Thomas F. Driscoll III (No. 4703)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899-1347
          Telephone: (302) 658-9200

          -and-

          LOEB & LOEB, LLP
          Walter H. Curchack (WC-3177)
          P. Gregory Schwed (PS-0861)
          Vadim J. Rubinstein (VR-5896)
          345 Park Avenue
          New York, New York  10154
          Telephone:     (212) 407-4000
          Facsimile:     (212) 407-4990

          *Attorneys for Merrill Lynch Bank USA*
          *Merrill Lynch Mortgage Lending, Inc. and*
          *Merrill Lynch Funding Corporation*