IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | Chapter 11 |
|---|---|---|
| In re | : | |
| | : | Case No. 07-10177 (KJC) |
| RESMAE MORTGAGE | : | |
| CORPORATION, | : | **Re: Docket Nos. 509, 535** |
| a Delaware corporation, | : | |
| | : | |
| Debtor. | : | |

**APPELLEES' DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8006, appellees ResMAE Mortgage Corporation, the above-captioned reorganized debtor, and RMC Mortgage Holdings LLC, the sponsor of the reorganization plan confirmed in this case, hereby designate the following additional items to be included in the record on appeal[1] in connection with the Notice of Appeal [Docket No. 509] filed by appellants Merrill Lynch Bank USA, Merrill Lynch Mortgage Lending, Inc., and Merrill Lynch Funding Corporation on June 14, 2007:[2]

| Date Entered | Docket No. | Title/Description |
|---|---|---|
| 4/27/07 | 340 | Order (A) Approving Form and Manner of Notice of Disclosure Statement Hearing, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Chapter 11 Plan and (C) Scheduling a Hearing on Confirmation of Proposed Chapter 11 Plan and Approving Related Notice Procedures |

---

[1] ResMAE Mortgage Corporation and RMC Mortgage Holdings LLC reserve the right to file affidavits setting forth additional relevant facts arising after entry of the order that is the subject of the appeal.

[2] This designation identifies items to be included in the record on appeal that were not set forth in the Appellants' Designation of the Record and Issues on Appeal [Docket No. 535] filed on June 25, 2007.

1

| Date Entered | Docket No. | Title/Description |
|---|---|---|
| 5/31/07 | 462 | Affidavit of Travis K. Vandell Regarding Tabulation of Votes in Connection with Amended Plan of Reorganization of the Debtor Proposed by the Debtor and Sponsored by RMC Mortgage Holdings LLC Dated April 27, 2007 |
| 6/6/07 | 496 | Notice of Entry of Confirmation Order |
| 6/15/07 | 513 | Notice of (1) Occurrence of Effective Date of Plan and (2) Administrative Claims Bar Date |
| 6/29/07 | 546 | Transcript from Auction held at Richards, Layton & Finger, P.A. on March 2, 2007 at 12:00 p.m. |

Dated: Wilmington, Delaware
July 5, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Van C. Durrer II (I.D. No. 3827)
Glenn S. Walter (admitted *pro hac vice*)
300 South Grand Avenue, No. 3400
Los Angeles, California  90071
(213) 687-5000 (Telephone)
(213) 687-5600 (Facsimile)

- and -

/s/ Douglas D. Herrmann
Douglas D. Herrmann (I.D. No. 4872)
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000

Counsel for ResMAE Mortgage Corporation and RMC Mortgage Holdings LLC

2