IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RESMAE MORTGAGE CORPORATION,<br>a Delaware corporation,<br><br>Debtor. | Chapter 11<br><br>Case No. 07-10177 (KJC)<br><br>Ref. Nos. 509, 535 |

**LIQUIDATING TRUST OF RESMAE MORTGAGE CORPORATION'S
DESIGNATION OF ADDITIONAL ITEMS TO BE
INCLUDED IN THE RECORD OF APPEAL**

Pursuant to Bankruptcy Rule 8006, the Liquidating Trust of ResMAE Mortgage Corporation, appellee and successor-in-interest[1] to the above-captioned former debtor and debtor-in-possession, hereby designates the additional items listed below to be included in the record on appeal in connection with the Notice of Appeal of Merrill Lynch Bank USA, Merrill Lynch Mortgage Lending, Inc., and Merrill Lynch Funding Corporation, filed on June 14, 2007 [D.I. 509].

| Date | Docket No. | Description |
|---|---|---|
| 04/27/2007 | 340 | Order (A) Approving Form and Manner of Notice of Disclosure Statement Hearing, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Chapter 11 Plan and (C) Scheduling a Hearing on Confirmation of Proposed Chapter 11 Plan and Approving Related Notice Procedures |
| 05/31/2007 | 462 | Affidavit of Travis K. Vandell Regarding Tabulation of Votes in Connection with Amended Plan of Reorganization of the Debtor Proposed by the Debtor and Sponsored by RMC Mortgage Holdings LLC Dated April 27, 2007 |
| 06/06/2007 | 496 | Notice Confirming Plan -Notice of Entry of Confirmation Order |
| 06/15/2007 | 513 | Notice of Effective Date -Notice of (1) Occurrence of Effective Date of Plan and (2) Administrative Claims Bar Date Filed by ResMAE Mortgage Corporation. |
| 06/29/2007 | 546 | Transcript from Auction held at Richards, Layton & Finger, P.A. on March 2, 2007 at 12:00 p.m. |

---

[1] The Liquidating Trust of ResMAE Mortgage Corporation is the successor-in-interest to the former debtor and debtor-in-possession with respect to certain rights and interests as more fully described in the Amended Plan of Reorganization of the Debtor and Sponsored by RMC Mortgage Holdings LLC Dated April 27, 2007 [D.I. 327]; and the Findings of Fact, Conclusions of Law, and Order Under 11 U.S.C. § 1129 (a) and (b) and Fed. R. Bankr. P. 3020 Confirming the Second Amended Plan of Reorganization of the Debtor Proposed by the Debtor and Sponsored by RMC Mortgage Holdings LLC Dated June 5, 2007 [D.I. 491].

596.002-17147

| | |
|---|---|
| Dated: Wilmington, Delaware<br>July 5, 2007 | **LANDIS RATH & COBB LLP**<br><br>_/s/_<br>Richard S. Cobb (No. 3157)<br>Kerri K. Mumford (No. 4186)<br>John H. Strock (No. 4965)<br>919 N. Market Street, Suite 600<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>-and-<br><br>**HAHN & HESSEN LLP**<br>Mark S. Indelicato<br>Mark T. Power<br>Janine M. Cerbone<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br><br>Co-Counsel to Appellee, the Liquidating Trust of ResMAE Mortgage Corporation |

2