IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 5

IN RE: Resmae Mortgage Corporation

| | | |
|---|---|---|
| Merrill Lynch Bank USA, Merrill Lynch Mortgage Lending Inc. and Merrill Lynch Funding Corporation | ) ) ) ) | |
| Appellant | ) | Civil Action No.   07-428 |
| v. | ) ) ) | |
| Resmae Mortgage Corporation, RMC Mortgage Holdings LLC and Liquidating Trust of Resmae Mortgage Corporation | ) ) ) ) | |
| Appellee | ) ) | Bankruptcy Case No. 07-10177 Bankruptcy Appeal No. 07-69 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 6/5/07 was docketed in the District Court on 7/9/07:

> Findings of Fact, Conclusions of Law and Order Under 11 U.S.C. 1129(a) and (b) and Federal Rules of Bankruptcy 3020 Confirming the Second Amended Plan of Reorganization of the Debtor Proposed by the Debtor and Sponsored by RMC Mortgage Holdings LLC dated 6/5/07.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                      Peter T. Dalleo
                                                     Clerk of Court

Date:   July 11, 2007
To:     U.S. Bankruptcy Court
        Counsel