# LANDIS RATH & COBB LLP

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

919 MARKET STREET, SUITE 600
P.O. BOX 2087
WILMINGTON, DELAWARE 19899

Richard S. Cobb
Direct Dial: 302.467.4430
Email: cobb@lrclaw.com

Telephone: 302.467.4400
Facsimile: 302.467.4450

August 30, 2007

*Via Hand Delivery*

Dr. Peter T. Dalleo
District Court Clerk
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

    Re:    **Merrill Lynch Bank, *et al.* v. ResMAE Mortgage Corporation, *et al.*
             C.A. No. 07-428 (\*\*\*)**

Dear Dr. Dalleo:

    This firm serves as co-counsel to the Liquidating Trust of ResMAE Mortgage Corporation, one of the appellees in the above-referenced appeal. All parties to the appeal hereby jointly request that the mediation process in this appeal be stayed to permit the parties an opportunity to resolve consensually various issues, including those which are the subject of the referenced appeal.

    The parties propose that the mediation process recommence on October 31, 2007, with the submission of mediation statements by all parties to the court-appointed mediator, Connor Bifferato, Esquire, one week thereafter on November 7, 2007. The mediation will be scheduled for a later date at the convenience of the mediator and the parties.

    If the Court grants this stay request, the parties agree that none of the Appellees will be permitted to use the fact or length of the stay period as evidence in connection with the appeal, and all parties reserve the right to seek an additional extension of the stay period.

Dr. Peter T. Dalleo
District Court Clerk
August 27, 2007
Page 2 of 2

Thank you for your consideration of this request.

Very truly yours,

Richard S. Cobb

RSC/lbl

cc: (*via email*)
Connor Bifferato, Esquire (Court-appointed mediator)
Robert J. Dehney, Esquire (Co-counsel to Appellants Merrill Lynch Bank USA, Merrill Lynch Mortgage Lending, Inc. and Merrill Lynch Funding Corporation)
Thomas F. Driscoll, III, Esquire (Co-counsel to Appellants Merrill Lynch Bank USA, Merrill Lynch Mortgage Lending, Inc. and Merrill Lynch Funding Corporation)
Walter H. Curchack, Esquire (Co-counsel to Appellants Merrill Lynch Bank USA, Merrill Lynch Mortgage Lending, Inc. and Merrill Lynch Funding Corporation)
Van C. Durrer, II, Esquire (Co-counsel to Appellee Reorganized ResMAE Corporation)
Alan M. Jacobs (Liquidating Trustee of Liquidating Trust of ResMAE Mortgage Corporation)
Mark S. Indelicato, Esquire (Co-counsel for Appellee Liquidating Trust of ResMAE Mortgage Corporation)
Janine M. Cerbone, Esquire (Co-counsel for Appellee Liquidating Trust of ResMAE Mortgage Corporation)