## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In re:   Liquidating Trust of ResMAE Mortgage Corporation
f/k/a ResMAE Mortgage Corporation

| | |
|---|---|
| Merrill Lynch Bank USA, Merrill Lynch Mortgage Lending Inc., and Merrill Lynch Funding Corporation, <br><br> Appellants, <br><br> v. <br><br> ResMAE Mortgage Corporation, RMC Mortgage Holdings LLC, and Liquidating Trust of ResMAE Mortgage Corporation, <br><br> Appellees. | Civil Action No. 07-428 <br><br><br><br><br> Bankruptcy Case No. 07-10177 <br> Bankruptcy Appeal No. 07-69 |

### STIPULATION AND ORDER TO STAY APPEAL

WHEREAS on February 12, 2007, ResMAE Mortgage Corporation filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, in the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court").

WHEREAS on June 5, 2007, the Bankruptcy Court entered its Findings of Fact, Conclusions of Law, and Order Confirming the Second Amended Plan ("Plan") of Reorganization of the Debtor Proposed by the Debtor and Sponsored by RMC Mortgage Holdings, LLC, Dated June 5, 2007 ("Confirmation Order") confirming the Plan.

WHEREAS on June 14, 2007, the above-captioned appellants ("Appellants") together with the above-captioned appellees, "Parties") filed their Notice of Appeal of the Confirmation Order ("Appeal").

596.002-18366

WHEREAS on July 9, 2007, the Bankruptcy Court transmitted the record of the Appeal to the United States District Court for the District of Delaware ("District Court").

WHEREAS pursuant to the Standing Order of the District Court dated July 23, 2004, the Appeal was referred to the Appellate Mediation Panel.

WHEREAS Connor Bifferato, Esquire ("Mediator") was appointed as mediator by the Appellate Mediation Panel.

WHEREAS the Parties initially agreed to stay mediation through October 31, 2007, and submitted a stipulation to the District Court reflecting this agreement and requesting the stay (the "First Stipulation");

WHEREAS on September 26, 2007, the District Court approved the First Stipulation.

WHEREAS the Parties conferred thereafter and further agreed to a stay of mediation through January 15, 2008.

NOW THEREFORE, it is hereby stipulated, consented, and agreed by the Parties as follows:

1.    The Appeal is stayed as set forth below in order to allow additional time for the Parties to attempt to reach a consensual resolution of the Appeal and related matters.

2.    The mediation shall recommence on January 15, 2008, with the submission of mediation statements to the Mediator one week thereafter on January 22, 2008. The mediation will be scheduled for a later date at the convenience of the Mediator and Parties.

3.    None of the Appellees will be permitted to use the fact or length of the stay period agreed to above as evidence in connection with the Appeal, and the Parties reserve the right to seek an additional extension of the stay period.

4.      The foregoing adjournment is without prejudice to each Party's right to seek a further stay of the Appeal on notice to the Mediator.

5.      The Parties agree to submit this Stipulation to the District Court for approval.

**[*Signature pages follow*]**

**SO AGREED:**

**SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP**

Douglas D. Herrman (No. 4872)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
Telephone: (302) 651-3000
Facsimile: (302) 651-3001

-and-

Van C. Durrer, II (No. 3827)
Glenn S. Walter
**SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP**
300 South Grand Avenue, No. 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Counsel to Appellees ResMAE Mortgage
Corporation and RMC Mortgage Holdings
LLC*

**LANDIS RATH & COBB LLP**

Richard S. Cobb (No. 3157)
Kerri K. Mumford (No. 4186)
John H. Strock (No. 4965)
919 N. Market Street, Suite 600
P.O. Box 2087
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

Mark S. Indelicato
Mark T. Power
Janine M. Cerbone
**HAHN & HESSEN LLP**
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel to Appellee Liquidating Trust of
ResMAE Mortgage Corporation*

**MORRIS, NICHOLS, ARSHT &
TUNNELL LLP**

_____

Robert J. Dehney (No. 3578)
Thomas F. Driscoll, III (No. 4703)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

-and-

Walter H. Curchack
P. Gregory Schwed
Vadim J. Rubinstein
**LOEB & LOEB, LLP**
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
Facsimile: (212) 407-4990

_Counsel to Appellants Merrill Lynch Bank
USA, Merrill Lynch Mortgage Lending, Inc.,
and Merrill Lynch Funding Corporation_

SO ORDERED AND APPROVED
this ___ day of _____, 2007

_____
The Honorable Mary Pat Thynge
United States Magistrate Judge