IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:   Liquidating Trust of ResMAE Mortgage Corporation
f/k/a ResMAE Mortgage Corporation

| | |
|---|---|
| Merrill Lynch Bank USA, Merrill Lynch Mortgage Lending Inc., and Merrill Lynch Funding Corporation,<br><br>Appellants,<br><br>v.<br><br>ResMAE Mortgage Corporation, RMC Mortgage Holdings LLC, and Liquidating Trust of ResMAE Mortgage Corporation,<br><br>Appellees. | Civil Action No. 07-428<br><br><br><br><br>Bankruptcy Case No. 07-10177<br>Bankruptcy Appeal No. 07-69 |

### STIPULATION AND ORDER DISMISSING APPEAL

WHEREAS on June 5, 2007, the Bankruptcy Court entered its Findings of Fact, Conclusions of Law, and Order Confirming the Second Amended Plan ("Plan") of Reorganization of the Debtor Proposed by the Debtor and Sponsored by RMC Mortgage Holdings, LLC, Dated June 5, 2007 ("Confirmation Order") confirming the Plan.

WHEREAS on June 14, 2007, the above-captioned appellants ("Appellants" together with the above-captioned appellees, "Parties") filed their Notice of Appeal of the Confirmation Order ("Appeal").

WHEREAS on July 9, 2007, the Bankruptcy Court transmitted the record of the Appeal to the United States District Court for the District of Delaware ("District Court") where the Appeal was docketed.

WHEREAS Appellants have determined not to pursue the Appeal.

NY736756.1
202970-10197

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), that the Appeal be and the same hereby is dismissed with prejudice, with each party to bear its own attorney fees and costs.

SO AGREED:

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | LANDIS RATH & COBB LLP |
|---|---|
| */s/ Douglas D. Herrmann* | |
| Douglas D. Herrmann (No. 4872)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899<br>Telephone: (302) 651-3000<br>Facsimile: (302) 651-3001 | Richard S. Cobb (No. 3157)<br>Kerri K. Mumford (No. 4186)<br>John H. Strock (No. 4965)<br>919 N. Market Street, Suite 600<br>P.O. Box 2087<br>Wilmington, Delaware 19899<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450 |
| -and- | -and- |
| Van C. Durrer, II (No. 3827)<br>Glenn S. Walter<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>300 South Grand Avenue, No. 3400<br>Los Angeles, California 90071<br>Telephone: (213) 687-5000<br>Facsimile: (213) 687-5600 | Mark S. Indelicato<br>Mark T. Power<br>Janine M. Cerbone<br>**HAHN & HESSEN LLP**<br>488 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400 |
| *Counsel to Appellees ResMAE Mortgage Corporation and RMC Mortgage Holdings LLC* | *Counsel to Appellee Liquidating Trust of ResMAE Mortgage Corporation* |

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), that the Appeal be and the same hereby is dismissed with prejudice, with each party to bear its own attorney fees and costs.

**SO AGREED:**

| | |
|---|---|
| **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** | **LANDIS RATH & COBB LLP**  |

_____   _____
Douglas D. Herrman (No. 4872)        Richard S. Cobb (No. 3157)
One Rodney Square                    Kerri K. Mumford (No. 4186)
P.O. Box 636                         John H. Strock (No. 4965)
Wilmington, Delaware 19899           919 N. Market Street, Suite 600
Telephone: (302) 651-3000            P.O. Box 2087
Facsimile: (302) 651-3001            Wilmington, Delaware 19899
                                     Telephone: (302) 467-4400
-and-                                Facsimile: (302) 467-4450

Van C. Durrer, II (No. 3827)         -and-
Glenn S. Walter
**SKADDEN, ARPS, SLATE, MEAGHER**    Mark S. Indelicato
**& FLOM LLP**                       Mark T. Power
300 South Grand Avenue, No. 3400     Janine M. Cerbone
Los Angeles, California 90071        **HAHN & HESSEN LLP**
Telephone: (213) 687-5000            488 Madison Avenue
Facsimile: (213) 687-5600            New York, NY 10022
                                     Telephone: (212) 478-7200
*Counsel to Appellees ResMAE Mortgage*   Facsimile: (212) 478-7400
*Corporation and RMC Mortgage Holdings*
*LLC*                                *Counsel to Appellee Liquidating Trust of*
                                     *ResMAE Mortgage Corporation*

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

*/s/ Thomas F. Driscoll*
Robert J. Dehney (No. 3578)
Thomas F. Driscoll, III (No. 4703)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

-and-

Vadim J. Rubinstein
**LOEB & LOEB, LLP**
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
Facsimile: (212) 407-4990

*Counsel to Appellants Merrill Lynch Bank USA, Merrill Lynch Mortgage Lending, Inc., and Merrill Lynch Funding Corporation*


SO ORDERED AND APPROVED
this ___ day of _____, 2008

_____
The Honorable Sue L. Robinson
Chief United States District Court Judge